IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VINCENT E. COFIELD, | ) No. C 12-4556 LHK (PR) |
| Petitioner, | ) ORDER OF DISMISSAL |
| vs. | ) |
| WARDEN MIKE MCDONALD, | ) |
| Respondent. | ) |

On August 30, 2012, Petitioner, a state prisoner proceeding *pro se*, filed a federal writ of habeas corpus. That same day, the Court sent a notification to Petitioner, informing him that he did not pay the filing fee, nor did he file a completed application to proceed in forma pauperis ("IFP"). The Court provided Petitioner with a blank IFP application, along with a return envelope, and a notification that the case would be dismissed if Petitioner failed to pay the fee, or file a completed application with supporting documentation within thirty days. To date, Petitioner has not communicated with the Court. As more than thirty days have passed, and Petitioner has not completed an IFP application, or paid the filing fee, this case is DISMISSED without prejudice.

IT IS SO ORDERED.

DATED: 10/10/12

*Lucy H. Koh*
LUCY H. KOH
United States District Judge

Order of Dismissal
G:\PRO-SE\SJ.LHK\HC.12\Cofield556disifp.wpd