IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VINCENT E. COFIELD, | No. C 12-4556 LHK (PR) |
| Petitioner, | ORDER DENYING MOTION FOR APPOINTMENT OF COUNSEL |
| v. | |
| WARDEN MIKE MCDONALD, | |
| Respondent. | (Docket No. 9.) |

Petitioner, a state prisoner proceeding *pro se*, filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner has filed a motion for appointment of counsel. However, the Sixth Amendment's right to counsel does not apply in habeas corpus actions. *Knaubert v. Goldsmith*, 791 F.2d 722, 728 (9th Cir. 1986). While 18 U.S.C. § 3006A(a)(2)(B) authorizes a district court to appoint counsel to represent a habeas petitioner if "the court determines that the interests of justice so require," the courts have made appointment of counsel the exception rather than the rule. Appointment is mandatory only when the circumstances of a particular case indicate that appointed counsel is necessary to prevent due process violations. *See Chaney v. Lewis*, 801 F.2d 1191, 1196 (9th Cir. 1986). At this time, appointment of counsel is not mandated, and the interests of justice do not require appointment of counsel. Accordingly, Petitioner's request is **DENIED**. This denial is without prejudice to the Court's *sua sponte* reconsideration should the developments of this case dictate otherwise.

This order terminates docket number 9.

IT IS SO ORDERED.

DATED:  12/13/12

LUCY H. KOH
United States District Judge

Order Denying Motion for Appt. of Counsel
G:\PRO-SE\SJ.LHK\HC.12\Cofield556denycounsel.wpd