1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| VINCENT E. COFIELD, | ) | No. C 12-4556 LHK (PR) |
| | ) | |
| Petitioner, | ) | JUDGMENT |
| | ) | |
| vs. | ) | |
| | ) | |
| MIKE MCDONALD, Warden, | ) | |
| | ) | |
| Respondent. | ) | |
| | ) | |

The Court has granted Respondent's motion to dismiss.  Therefore, judgment is entered in favor of Respondent.  Petitioner shall take nothing by way of his petition.  The Clerk shall close the file.

IT IS SO ORDERED.

DATED: ___5/16/13___

_Lucy H. Koh_
LUCY H. KOH
United States District Judge

Judgment
G:\PRO-SE\SJ.LHK\HC.12\Cofield556jud2.wpd